Argued and submitted June 20, reversed and remanded for new trial August 21, 1991

# STATE OF OREGON,
*Respondent,*

*v.*

# ALEC EATON WEINSTEIN,
*Appellant.*

(D893447M; CA A63617)

814 P2d 565

Mary M. Reese, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Cynthia A. Forbes, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for assault, harassment and criminal mischief. ORS 163.160; ORS 166.065; ORS 164.354. The victim, Mullinix, testified that defendant, an acquaintance, came to his house and attacked him. Defendant sought to impeach him by eliciting on cross-examination evidence that Mullinix was on probation. Defendant argued that the evidence showed bias, because Mullinix had a motive to lie about the fight to avoid having his probation revoked. The state concedes that it was prejudicial error to exclude the evidence. We accept that concession.

Reversed and remanded for a new trial.